Justin H. Sanders (SBN 211488)
jsanders@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Plaintiff,
LINEAGE FREIGHT
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LINEAGE FREIGHT MANAGEMENT, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>BEST DEDICATED SOLUTIONS, LLC, an Illinois Limited Liability Company,<br><br>          Defendant. | **CASE NO.  8:21-cv-01007-JVS-JDE**<br><br>**ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>Judge:     Hon. James V. Selna<br>Dept.:     10C<br><br>Complaint Filed:   June 7, 2021<br>Trial Date:             None |

**IT IS HEREBY ORDERED**

1. With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement.

2. Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case captioned *Lineage Freight Management, LLC, v. Best Dedicated Solutions, LLC,* Civil No. 8:21-cv-01007-JVS-JDE, IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties. The Clerk is directed to close the file.

DATE: September 14, 2021

_____
Honorable James V. Selna
Judge of the United States District Court for the
Central District of California

# PROOF OF SERVICE

[FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 1055 West 7th Street, Los Angeles, CA 90017. My electronic service address is .

 On September 14, 2021, I served the following document(s) described as **[PROPOSED[ ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]** on the interested parties in this action as follows:

| | |
|---|---|
| Daniel F. Berberich, Esq.<br>**MANNING, LEAVER, BRUDER & BERBERICH, LLP**<br>801 S Figueroa St #1150,<br>Los Angeles, CA 90017<br>Email:DBerberich@manningleaver.com | **Attorney for Defendant**<br>Best Dedicated Solutions, LLC |

 ☒ **By Electronic Mail:** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

 I declare that I am employed in the office of a member of the bar of the court at whose direction the service was made.

 Executed on September 14, 2021, at Los Angeles, California.

_____

- 1 -  Case No.: 8:21-cv-01007-JVS-JDE

PROOF OF SERVICE
